IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MATTHEW MARK HESLEP, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:17-CV-084-D |
| WILLIAMS STEPHENS, et al., | § § § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the February 13, 2019 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's March 4, 2019 objections, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that plaintiff's May 21, 2018 motion for a temporary restraining order is denied.

**SO ORDERED**.

March 7, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE